United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  HERMINIO P. SERNA,                          No. C 06-02006 WHA
11              Plaintiff,
12      v.                                      **ORDER RE HEARING ON
                                                MOTION TO DISMISS**
13  DONALD SPECTER; STEVEN FAMA and
    PRISON LAW OFFICE,
14
15              Defendants.
                                        /
16
17          The hearing on the motion to dismiss is **VACATED** because plaintiff has no attorney and,

18  because he is incarcerated, will not be able to attend the hearing.  If plaintiff retains an attorney

19  or is freed from prison before an order is issued on the motion, the Court will *consider* holding a

20  hearing.  Plaintiff's opposition brief is due Thursday, April 13, 2006.  If an opposition is filed,

21  defendants' reply brief is due Thursday, April 20.

22
23
24          **IT IS SO ORDERED.**
25
26  Dated: April 4, 2006
                                        _____
27                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE
28