United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HERMINIO P. SERNA,                                    No. C 06-02006 WHA

            Plaintiff,

    v.                                               **ORDER DENYING REQUEST
                                                     FOR APPOINTMENT OF
DONALD SPECTER, STEVEN FAMA AND                      COUNSEL**
PRISON LAW OFFICE

            Defendants.
                                          /

            Plaintiff Herminio P. Serna asked this Court in a letter dated April 27, 2006, for

appointment of counsel in the above-named action.  Plaintiff has not been granted in forma

pauperis status nor has he otherwise sought to demonstrate financial need.  The request

therefore is **DENIED**.


            **IT IS SO ORDERED.**


Dated: May 8, 2006

                                          _____
                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE